UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIIBAN AFFI,

    Plaintiff,

v.

PROFESSIONAL PUBLICATIONS, INC.,

    Defendant.

Case No. 14-cv-01617-VC

**ORDER TO SHOW CAUSE**

    Plaintiff Liiban Affi failed to file a case management statement, due July 22, 2014, and did not appear at the case management conference, scheduled for July 29, 2014.   Affi is therefore directed to file a memorandum of no more than five pages by August 1, 2014, showing cause why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Dated: July 29, 2014

_____
VINCE CHHABRIA
United States District Judge