UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LIIBAN AFFI, | |
|---|---|
| Plaintiff, | Case No. 14-cv-01617-VC |
| v. | **ORDER** |
| PROFESSIONAL PUBLICATIONS, INC., | Re: Dkt. No. 13 |
| Defendant. | |

On July 29, 2014, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute due to the plaintiff's failure to submit a case management statement and to appear for the case management conference. The plaintiff's response is sufficient. The case will not be dismissed at this time. The plaintiff is warned, however, that any future failure to abide by court deadlines or appear for scheduled appearances may result in sanctions, including dismissal.

In his response to the order to show cause, the plaintiff requested additional time to serve the complaint. Under the Federal Rule of Civil Procedure 4(m), a defendant must be served within 120 days after the complaint is filed. The complaint here was filed on April 8, 2014. Therefore, the plaintiff has until August 6, 2014 to serve it. Accordingly, the request for an extension is denied without prejudice. If the plaintiff cannot serve the defendant by August 6, 2014 and can demonstrate "good cause" for his failure to do so, he may renew his request, but he must do so before the deadline.

**IT IS SO ORDERED.**

Dated: August 4, 2014

VINCE CHHABRIA
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28