Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Liiban Affi, )
) Case No: 14-cv-01617-VC
  Plaintiff(s), )
)  **APPLICATION FOR**
v. )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
Professional Publications, Inc., )  (CIVIL LOCAL RULE 11-3)
)
  Defendant(s). )

I, W. Andrew Pequignot, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Professional Publications, Inc. in the above-entitled action. My local co-counsel in this case is Gregory S. Gilchrist, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kilpatrick Townsend & Stockton LLP | Kilpatrick Townsend & Stockton LLP |
| 1100 Peachtree St. NE, Suite 2800, Atlanta, GA 30309 | Two Embarcadero Center, 8th Fl., San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 815-6500 | (415) 576-0200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| apequignot@kilpatricktownsend.com | ggilchrist@kilpatricktownsend.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 424546.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/25/14

/s/ W. Andrew Pequignot
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of W. Andrew Pequignot is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 20, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                  *October 2012*