KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY GILCHRIST (Bar No. 111536)
ggilchrist@kilpatricktownsend.com
RYAN BRICKER (Bar No. 269100)
rbricker@kilpatricktownsend.com
ROSALEEN CHOU (Bar No. 278308)
rchou@kilpatricktownsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone:   (415) 576-0200
Facsimile:    (415) 576-0300

ANDREW PEQUIGNOT (admitted *pro hac vice*)
apequignot@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Attorneys for
Defendant / Counterclaim-Plaintiff
Professional Publications, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LIIBAN AFFI, | Case No. 3:14-CV-01617-VC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| PROFESSIONAL PUBLICATIONS, INC., | |
| Defendant / Counterclaim-Plaintiff. | |

For the reasons set forth in the Motion to Extend the Deadline for Mediation filed by Defendant / Counter-Plaintiff Professional Publications, Inc., the Court grants the motion.

IT IS, THEREFORE, ORDERED that, for good cause shown, the deadline for mediation in the above-captioned case is extended for three weeks to and including December 5, 2014.

Dated: _November 6_, 2014

_____
Hon. Vince Chhabria
United States District Judge

**[PROPOSED] ORDER** - 2 -
CASE NO. 3:14-CV-01617-VC